**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **MAGISTRATE NO. 25-1844** |
| **KAUSHALKUMAR J. PATEL** | : | |

## AFFIDAVIT

Your affiant, Homeland Security Investigations Special Agent John Arruda, being duly sworn according to law, states:

## INTRODUCTION

1. I, John Arruda, am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since September 2006. I am currently assigned to the HSI Allentown Office. Previously, I was assigned to the HSI Philadelphia Office from January 2012 to January 2022 and the HSI Seattle Office from September 2006 to January 2012. My experience includes conducting investigations involving violations of a variety of federal laws, including those that criminalize immigration fraud, identity theft, and financial fraud.

2. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, federal criminal offenses.

3. This affidavit is submitted in support of a criminal complaint charging Kaushalkumar J. PATEL with submitting a fraudulent voter registration and fraudulent voting, in violation of Title 52, United States Code, Sections 20511(2)(A) and 20511(2)(B), and making a

false statement of citizenship in order to register to vote, in violation of Title 18, United States Code, Section 1015(f).

4. This affidavit is based on my personal knowledge, experience, and investigation, as well as information relayed to me directly or through reports of other HSI agents, Federal Bureau of Investigation ("FBI") agents, and Immigration and Customs Enforcement ("ICE") officers. I have not included in this affidavit every fact known to me. Rather, I have only included the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against PATEL for the offenses described above.

5. Throughout this affidavit, reference will be made to "agents," referring to those federal agents and officers who have directly participated in the investigation, and with whom I have had regular contact. For simplicity, the plural form "agents" will be used throughout this affidavit, although some observations were made by only one agent.

6. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part. Where I assert that an event took place on a particular date or at a particular time, I am asserting that it took place on or about the date and at or near the time asserted.

**PROBABLE CAUSE**

7. Kaushalkumar J. PATEL, date of birth May 29, 1978, is a native and citizen of India. I have seen a copy of his Indian birth certificate and his Indian passport. He is not, and never has been, a citizen of the United States of America. On official documents in PATEL's immigration file, he sometimes represents that his name is "Kaushalkumar Jitendrabhai Patel," "Kaushal Kumar Jitendrabhai Patel," and "Kaushal Jitendrabhai Patel."

8. On October 29, 2020, United States Citizenship and Immigration Services ("USCIS") received, on behalf of PATEL, a form I-589, Application for Asylum and for Withholding of Removal, along with form G-28, Notice of Entry of Appearance as an Attorney or Accredited Representative submitted by an immigration attorney representing PATEL. The form I-589, which PATEL signed and dated September 20, 2020, reflected PATEL's assertions that he was born in India and that on May 26, 2002, he entered the United States in Miami, Florida, without inspection. The form G-28 listed PATEL's contact information, including the address 757 Hausman Rd., Allentown, PA 18104, phone number 484-620-0366, and email address KJPATEL762@YAHOO.COM.

9. Records received from the Lehigh County Board of Elections and the Pennsylvania Department of State revealed that on October 15, 2020, PATEL applied online to register to vote in Pennsylvania through Pennsylvania's voter services website, "PAvoterservices.pa.gov." In his application, PATEL provided the following information:

a. Name: Kaushalkumar J. Patel
b. Date of Birth: 5/29/1978
c. Sex: M
d. Race: Asian
e. Address: 757 Hausman Rd., Allentown, PA 18104
f. Phone number: 484-620-0366
g. Email address: AKASH762@YAHOO.COM
h. Driver's license number: 27136561

10. During the online voter registration process, PATEL falsely answered "yes" to the question "Are you a citizen of the U.S.?" A witness from the Pennsylvania Department of State

has explained that when an individual completed the online Pennsylvania voter registration application, the person was asked if he or she was a citizen of the United States of America, and the applicant had to answer "Yes" to this question or the system did not allow the user to proceed with the voter registration application or to successfully register to vote.

11. When an applicant supplies their Pennsylvania driver's license number with their voter registration application, that information is used to verify the applicant's identity, and the signature from the individual's driver license record is recorded as the known signature for their voter registration application.

12. Records from the Pennsylvania Department of Transportation ("PennDoT") revealed that Pennsylvania driver's license number 27136561 does in fact belong to PATEL. The known PATEL signature recorded with his voter registration records does appear to have been taken from his PennDoT records.

13. Records from the Pennsylvania Department of State revealed that PATEL submitted his online voter registration application on October 15, 2020 at 6:32:18 PM from the internet protocol ("IP") address 64.121.90.213.

14. On October 17, 2020, PATEL's voter registration application was accepted, and he was successfully registered to vote in Pennsylvania.

15. Records from the Lehigh County Board of Elections showed that on November 3, 2020, PATEL appeared in person at his assigned polling location, 4601 Tilghman St., Allentown, PA 18104, signed into the poll book next to his name, address, birth date, and voter identification number, and then cast a ballot in the 2020 General Election.

16. I have compared the known voter registration signature for PATEL with the signature in the poll book, and they appear to me to match.

17. I know from my own experience and also from the report titled "Summary Results Report, General Election, November 3, 2020," available at www.lehighcounty.org, that the 2020 General Election was held solely or in part to elect the President and Vice President of the United States. I also know, from a witness from the Lehigh County Board of Elections, that when a first-time voter, such as PATEL, appears in person to vote at the polling location, the poll worker must require the voter to present photo identification for verification.

18. On July 29, 2025, agents conducted a consensual interview of PATEL. PATEL confirmed the spelling of his full name, "Kaushalkumar Jitendrabhai PATEL," his date of birth, 5/29/1978, and place of birth, Ahmedabad, India. He provided 484-620-0366 as his phone number. The date of birth and phone number he provided matched the information in his voter registration record. PATEL stated that he did not register to vote, since he is not a United States citizen and as a result would not be allowed to do so. He further stated that he did not vote in any election in the United States, including the 2020 presidential election. Agents showed PATEL a printout of a screenshot from the Pennsylvania Statewide Uniform Registration of Elections ("SURE") system which displayed information provided in PATEL's voter registration application, including his name, date of birth, driver's license number, phone number, and the signature pulled from his driver's license record. Agents asked PATEL if the information as displayed was accurate, and he replied that it was. PATEL reiterated to agents that he did not vote and did not register to vote because he knew he would not be able to since he is not a United States citizen.

19. On August 6, 2025, a court order requesting information relating to the email address provided with PATEL's voter registration application, AKASH762@YAHOO.COM, was issued to Yahoo, Inc. ("Yahoo"). Yahoo is a provider of free email services. In response to the court order, Yahoo disclosed that the email address AKASH762@YAHOO.COM was registered

by the user on February 7, 2003. The user had provided the name "akash patel," provided the gender as male, and the location Hazelton, PA, and zip code 18201 were associated with the account. The user had also provided 5/29/1978, PATEL's date of birth, as the birthdate. Yahoo records revealed that AKASH762@YAHOO.COM had PATEL's phone number, 484-620-0366, as the recovery phone number.[1] Yahoo had verified that phone number on September 10, 2024. The user had also provided two recovery email addresses: KJPATEL762@YAHOO.COM and AKASH762@GMAIL.COM. The first recovery email address, KJPATEL762@YAHOO.COM, is the email address provided for PATEL on his Form G-28, as noted above. Yahoo's records showed that on several occasions between 2014 and 2024, the user of AKASH762@YAHOO.COM had in fact used all three methods of account recovery, that is, PATEL's phone number and both email addresses. Specifically, on September 10, 2024, the user of AKASH762@YAHOO.COM recovered the account using PATEL's phone number, 484-620-0366, from the same IP address that PATEL used to register to vote, that is, 64.121.90.213.

20. Yahoo records further showed that the same recovery phone number was also the recovery phone number for several other Yahoo email addresses, including KJPATEL762@YAHOO.COM, the address PATEL provided on his Form G-28.

21. In response to a grand jury subpoena served on Google LLC ("Google"), Google provided records that showed that the second recovery email address, AKASH762@GMAIL.COM, was created on May 28, 2005. The account holder provided the name "Akash Patel." AKASH762@GMAIL.COM had AKASH762@YAHOO.COM as the recovery e-mail address and 484-620-0366, PATEL's phone number, as the recovery phone number

---

[1] Yahoo requires a user to have a password to access Yahoo services like email. If the user forgets the password, he or she can use the recovery phone number or recovery email address to reset their password and get back into their Yahoo email account.

and the 2-step verification phone number. Google provided "change history" records which showed that on July 30, 2025, the account holder provided the mailing address "Kaushal Patel, 757 Hausman Road, Allentown, PA 18104," which is PATEL's home address. The change history also reflects that on May 3, 2020, the account holder added the contact name of "Kaushal patel" and added the new address "Allentown, PA 18104," and made other account additions and changes, all while using IP address 64.121.90.213. That is the same IP address PATEL used in October 2020 when he submitted his voter registration application.

22. The IP address 64.121.90.213 is owned by RCN Telecom Services, LLC ("RCN"). RCN did not retain specific IP address records going back to the time PATEL applied to register to vote in October 2020. RCN was able to provide records which showed that a subscriber using the name "Akash Patel" had been a customer since February 3, 2018, at the address 757 Hausman Rd., Allentown, PA 18104, which is PATEL's address. The RCN customer's phone number was 484-620-0366, which is PATEL's phone number, and the email address associated with the account was AKASH762@YAHOO.COM, which is the same email address PATEL provided with his Pennsylvania voter registration application.

23. I have been to 757 Hausman Road, Allentown, PA, 18104. It is a detached, single-family home. According to Zillow, it has three bedrooms and one bathroom. According to PATEL's Form I-589, he has been living at that address since 2017. PATEL's Form I-589 lists a wife by the name of Alpaben Patel, and two minor female children.

24. Based on the foregoing, I respectfully submit that there is probable cause to charge Kaushalkumar PATEL with submitting a fraudulent registration and fraudulent voting in the 2020 General Election for President and Vice President of the United States, in violation of Title 52, United States Code, Sections 20511(2)(A) and 20511(2)(B), and making a false statement of

citizenship in order to register to vote, in violation of Title 18, United States Code, Section 1015(f), and respectfully request that the Court issue a warrant ordering his arrest for such crimes.

s/ John Arruda
JOHN ARRUDA
Special Agent
Department of Homeland Security,
Homeland Security Investigations

Subscribed and sworn to me by telephone
this _____ day of September, 2025:

Lynne A. Sitarski
Digitally signed by Lynne A. Sitarski
Date: 2025.09.19 15:48:06 -04'00'

HON. LYNNE A. SITARSKI
United States Magistrate Judge
Eastern District of Pennsylvania